CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant Channin Renee Dickens

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHANNIN RENEE DICKENS<br><br>Defendant. | Case No. 2:17-mj-036-CKD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING<br><br>Date: May 25, 2017<br>Time: 2:00 p.m. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, and Candice L. Fields, attorney for Channin R. Dickens, that:

1. The Complaint in this case was filed on February 28, 2017. Defendant appeared before the Honorable Judge Deborah Barnes on March 14, 2017.

2. A preliminary hearing was set for May 4, 2017, at 2:00 p.m., before the duty Magistrate Judge. By stipulation, the preliminary hearing date was continued to May 25, 2017.

3. Defendant moves for an extension of time of the preliminary hearing date to June 8, 2017, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

1  STIPULATION AND ORDER FOR CONTINUANCE OF PRELIMINARY HEARING
2:17-MJ-036-CKD

4. Counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, to review discovery in this matter, and to discuss potential resolution with her client.

5. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance.

7. Based on the above-stated findings, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 25, 2017, to June 8, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO STIPULATED.

Dated: May 17, 2017					PHILLIP TALBERT
							United States Attorney


							*/s/ Michelle Rodriguez*
							MICHELLE RODRIGUEZ
							Assistant United States Attorney
							Attorney for Plaintiff


Dated: May 17, 2017					*/s/ Candice L. Fields*
							CANDICE L. FIELDS
							Attorney for Defendant CHANNIN R. DICKENS

# **ORDER**

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, filed on April 25, 2017, by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4. The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The preliminary hearing is continued to June 8, 2017, at 2:00 p.m.
2. The time between May 25, 2017, and June 8, 2017, shall be excluded from calculation pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4.
3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: May 19, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE