AO 455

FILED
JUN - 8 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
———oOo———

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| CHANNIN RENEE DICKENS | |

CASE NUMBER: 17-80-GEB

    I, CHANNIN RENEE DICKENS, the above named defendant, who is accused by Information with violating 18 U.S.C. § 1344(1)(2)– Bank Fraud and Aiding and Abetting Bank Fraud (3 Counts); 18 U.S.C. § 1028A(a)(1) - Aggravated Identity Theft;18 U.S.C. § 1029(a)(3) – Possession of Fifteen or More Access Devices; and 18 U.S.C. § 1708 - Possession of Stolen U.S. Mail, AFTER being advised of the nature of the charges, the proposed Information, and of my rights, HEREBY waive in open court on 6/8/17, prosecution by Indictment, and further, I consent that the proceeding may be charged by Information rather than by Indictment.

_____
Channin Renee Dickens
Defendant

_____
Candice L. Fields, Esq
Counsel for Defendant

Before _____
U.S. DISTRICT / MAGISTRATE
COURT JUDGE

6-8-2017