CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant Channin Renee Dickens

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHANNIN RENEE DICKENS<br><br>Defendant. | Case No. 2:17-CR-0080-GEB<br><br>STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING<br><br>Date: September 15, 2017<br>Time: 9:00 a.m. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that Judgment and Sentencing scheduled for September 15, 2017, at 9:00 a.m., is continued to September 29, 2017, at 9:00 a.m., in the same courtroom. Probation has also been informed of the continuance request. Michelle Rodriguez, Assistant United States Attorney, and Candice L. Fields, defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

/ / /

/ / /

Dated: September 11, 2017          PHILLIP TALBERT
United States Attorney


*/s/ Michelle Rodriguez*
MICHELLE RODRIGUEZ
Assistant United States Attorney
Attorney for Plaintiff


Dated: September 11, 2017          CANDICE FIELDS LAW


*/s/ Candice L. Fields*
CANDICE L. FIELDS
Attorney for Defendant CHANNIN R. DICKENS


## ORDER

**IT IS SO ORDERED.**


Dated: September 12, 2017


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING
2:17-CR-080-GEB