CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone:   (916) 414-8050
Facsimile:   (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant Channin Renee Dickens

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHANNIN RENEE DICKENS<br><br>Defendant. | Case No. 2:17-CR-0080-GEB<br><br>STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING<br><br>Date:   September 29, 2017<br>Time:   9:00 a.m. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that Judgment and Sentencing scheduled for September 29, 2017, at 9:00 a.m., is continued to November 3, 2017, at 9:00 a.m., in the same courtroom.  Probation has also been informed of the continuance request.  Michelle Rodriguez, Assistant United States Attorney, and Candice L. Fields, defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

/ / /

/ / /

1   STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING
2:17-CR-080-GEB

Dated: September 25, 2017          PHILLIP TALBERT
                                   United States Attorney


                                   */s/ Michelle Rodriguez*
                                   MICHELLE RODRIGUEZ
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


Dated: September 25, 2017          CANDICE FIELDS LAW


                                   */s/ Candice L. Fields*
                                   CANDICE L. FIELDS
                                   Attorney for Defendant
                                   CHANNIN R. DICKENS


## ORDER

**IT IS SO ORDERED.**

**Dated: September 27, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge